# **EXHIBIT A**

Hearing Date: 9/29/2025 10:00 AM
Location: Richard J Daley Center
Judge: Wilson, Thaddeus L

Case: 1:25-cv-13078 Document #: 1-1 Filed: 10/27/25 Page 2 of 6 PageID #:7

FILED
7/29/2025 3:04 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH07819
Calendar, 1
33782237

FILED DATE: 7/29/2025 3:04 PM 2025CH07819

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| COLLECTIVE LIABILITY INSURANCE COOPERATIVE, as Subrogee of J. STERLING MORTON HIGH SCHOOL DISTRICT 201,<br><br>Plaintiff,<br><br>v.<br><br>WESTPORT INSURANCE CORPORATION, as Successor in Interest to COREGIS INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2025CH07819 |

**COMPLAINT FOR DECLARATORY JUDGMENT**

NOW COMES the Plaintiff, COLLECTIVE LIABILITY INSURANCE COOPERATIVE, as Subrogee of J. STERLING MORTON HIGH SCHOOL DISTRICT 201 ("CLIC"), by and through the undersigned attorneys, states as follows for its complaint for declaratory judgment against defendant WESTPORT INSURANCE CORPORATION, as Successor in Interest to COREGIS INSURANCE COMPANY:

**COUNT I**
**(BREACHED DUTY TO INDEMNIFY)**

1. CLIC is a cooperative organization organized under the laws of the State of Illinois with its principal place of business in Illinois. CLIC is a member-driven insurance pool that utilizes risk sharing and excess insurance to provide a comprehensive, cost-effective, school-specific risk management program for its member Illinois school districts

2. J. Sterling High School District 201 ("District 201") is a named member of CLIC at all times herein relevant.

3. Westport is a Missouri insurance company authorized to do business in Illinois.

FILED DATE: 7/29/2025 3:04 PM 2025CH07819

4. On information and belief, Coregis Insurance Company "(Coregis")" was an insurance company authorized to do business in Illinois and is now administered by Westport.

5. CLIC purchased insurance policy number 651-007479 Coregis which policy was in effect from July 1, 2001 to July 1, 2002. The policy is subject to a $1,000,000 limit excess over a $300,000 Self-Insured Retention ("SIR") on a per occurrence basis. A copy of the Coregis policy is attached as **Exhibit A.**

6. District 201 was named as a defendant in a civil suit filed by Jane Doe in the Circuit Court of Cook County under case number 21 L 6363, a copy of the second amended Doe complaint is attached as **Exhibit B**.

7. The second amended Doe complaint alleged that District 201's acts or omissions in supervision of a former employee in the spring of 2002 caused and/or otherwise contributed to that employee being able to groom and sexually abuse Doe while employed by another school district.

8. District 201, through CLIC and its third-party administrator gave timely notice of the Doe complaint.

9. CLIC proceeded to fund District 201's defense.

10. CLIC expended a total of $189,000 in defending District 201 in the second amended Doe complaint.

11. The second amended Doe complaint was settled as to District 201 for $400,000.

12. CLIC fully funded the settlement.

13. The total incurred in defense and indemnity of District 201 for the second amended Doe complaint was $589,000.

14. The total defense and indemnity paid by CLIC on behalf of District 201 exceeds the applicable SIR by $289,000.

15. Wesport/Coregis is obligated to reimburse CLIC the amount due over the applicable SIR.

16. Westport/Coregis declined to comply with its indemnity obligations as required under policy number 651-007479.

17. Westport/Coregis is in breach of its duty to indemnify CLIC for costs incurred in excess of the SIR.

18. Westport/Coregis did not reserve any rights and did not otherwise take any position with respect to its coverage obligations to District 201 and/or CLIC with respect to the second amended Doe complaint.

19. There exists an actual controversy among the parties concerning their respective rights, duties, and obligations under the Coregis policy.

20. Under the terms of the Illinois Code of Civil Procedure, 735 ILCS 5/2-701, this Honorable Court is vested with the power to declare the rights and liabilities of the parties hereto under the terms and provisions of said policy of insurance, to adjudicate the final rights of all parties thereunder, and to give such other and further relief as may be necessary to enforce the same.

WHEREFORE, Plaintiff, COLLECTIVE LIABILITY INSURANCE COOPERATIVE, as Subrogee of J. STERLING MORTON HIGH SCHOOL DISTRICT 201, prays for a declaratory judgment finding that Westport, as successor in interest to Coregis, is obligated under policy number 651-007479 to indemnify CLIC in the amount of $289,000 which is the amount in excess of the applicable SIR, enter judgment in its favor and against defendant WESTPORT INSURANCE CORPORATION, as Successor in Interest to COREGIS INSURANCE COMPANY, and for such other relief as this Court deems just and proper.

FILED DATE: 7/29/2025 3:04 PM   2025CH07819

## COUNT II – VIOLATION OF 215 ILCS 5/155

21. CLIC incorporates by reference Paragraphs 1 through 18 of Count I as this paragraph 21 of Count II as though fully set forth herein.

22. 215 ILCS 5/155 states:

(1) In any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, or for an unreasonable delay in settling a claim, and it appears to the court that such action or delay is vexatious and unreasonable, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, plus an amount not to exceed any one of the following amounts:

   (a) 60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;

   (b) $60,000;

   (c) the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

23. At all times herein relevant, Westport placed its financial interests ahead of those of its insured.

24. Westport issued no coverage position and otherwise reserved no rights with respect to the second amended Doe complaint.

25. Westport did not participate in any settlement discussions or in any way come to the assistance of CLIC or District 201 despite the very real possibility that the applicable SIR would be exhausted.

26. Westport instead abandoned its insured, requiring CLIC to fully fund a settlement that exceeded the applicable SIR by $289,000.

27. Westport denied requests for reimbursement of same.

28. At no time did Westport seek to preserve any coverage defenses by initiating a

FILED DATE: 7/29/2025 3:04 PM 2025CH07819

declaratory judgment action to confirm any coverage position it may have had.

29. Westport's recalcitrance instead required CLIC to initiate litigation to recover costs owed to it under the plain and unambiguous terms of the Coregis policy.

30. Westport's conduct was intended to benefit only Westport to the detriment of CLIC.

31. Westport's acts constitute vexatious and unreasonable conduct by an insurer.

32. CLIC is entitled to an award of sanctions under 215 ILCS 5/155.

WHEREFORE, Plaintiff, COLLECTIVE LIABILITY INSURANCE COOPERATIVE, as Subrogee of J. STERLING MORTON HIGH SCHOOL DISTRICT 201, respectfully requests that this Honorable Court enter judgment in its favor, and against Defendant, WESTPORT INSURANCE CORPORATION, as Successor in Interest to COREGIS INSURANCE COMPANY, as to Count II of the Complaint, and grant the following relief:

A. Any and all damages available under 215 ILCS 5/155;

B. Pre-judgment interest;

C. Attorneys' fees incurred in prosecuting this action

D. Costs of suit; and

E. For such other and further relief this Court deems reasonable and just.

Respectfully Submitted,

**COLLECTIVE LIABILITY
INSURANCE COOPERATIVE**

By: /s/*Rosa M. Tumialán*
One of the attorneys for the Collective Liability Insurance Cooperative

Rosa M. Tumialán ARDC # 6226267
**TRESSLER LLP**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 627-4191
*RTumialan@tresslerllp.com*

SRC_0005